ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALEXANDER ORTIZ,<br>Defendant. | CASE NO. 1:26-CR-00007-KES<br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE STATUS CONFERENCE<br>DATE: September 30, 2026<br>TIME: 2:30 PM<br>COURT: Hon. Christopher D. Baker |

**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a Status Conference on September 30, 2026 in front of the Honorable Christopher D. Baker.

2. Discovery has been provided to Defense counsel.

3. The parties are in active negotiations to resolve the case.

4. Additionally, the US Probation Officer has requested continuing the status conference to accommodate a calendar conflict.

5. As a result, the parties agree to continue the status conference from September 30, 2026, to October 6, 2026.

6. Because this case involves a pending supervised release petition, no exclusion of time is

necessary.

IT IS SO STIPULATED.

///

///

Dated: September 28, 2026

ERIC GRANT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: September 28, 2026

/s/ ROGER PONCE
ROGER PONCE
Counsel for Defendant
ALEXANDER ORTIZ

## ~~[PROPOSED]~~ ORDER

Based upon the stipulation and representations of the parties, the Court orders the Status Conference currently set on September 30, 2026, be continued until October 6, 2026, 2:30 PM. The parties are ordered to appear on that date at that time.

IT IS SO ORDERED.

Dated: **September 28, 2026**

UNITED STATES MAGISTRATE JUDGE