ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER ORTIZ,<br><br>Defendant. | CASE NO. 1:26-CR-00007-KES<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: October 6, 2026<br>TIME: 2:30 PM<br>COURT: Hon. Christopher D. Baker<br><br>**ORDER DIRECTING COUNSEL TO FILE ANY FUTURE STIPULATED REQUESTS AT LEAST FIVE (5) DAYS PRIOR TO NOTICED HEARING** |

**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a Status Conference on October 6, 2026 in front of the Honorable Christopher D. Baker.

2. Discovery has been provided to Defense counsel.

3. The parties are in active negotiations to resolve the case.

4. Additionally, Defense counsel is experiencing a calendar conflict and not currently in the state of California.

5. As a result, the parties agree to continue the status conference from October 6, 2026, to

October 20, 2026.

6. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

Dated: October 6, 2026

ERIC GRANT
United States Attorney

/s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

Dated: October 6, 2026

/s/ ROGER PONCE
ROGER PONCE
Counsel for Defendant
ALEXANDER ORTIZ

**~~[PROPOSED]~~ ORDER**

Good cause appearing, it is HEREBY ORDERED that the Status Conference currently set on October 6, 2026, is continued to October 20, 2026, at 2:30 PM. The parties are ordered to appear on that date at that time.

And it is FURTHER ORDERED that the Court will not consider any future requests to continue proceedings in this matter unless the parties file such request at least five (5) days prior to the proceeding the parties seek to continue.

IT IS SO ORDERED.

Dated: **October 6, 2026**

UNITED STATES MAGISTRATE JUDGE